IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 15-22422 |
| Gilson Snyder, | ) | Chapter 7 |
| | ) | Judge Janet S. Baer |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

STATE OF ILLINOIS    )
                     )
COUNTY OF COOK       )

      The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the Notice of Trustee's Final Report and Applications for Compensation to be served electronically and/or via First Class U.S. mail, postage pre-paid, to the names and addresses listed on the attached Service List on the 7th day of July 2017, before the hour of 5:00 p.m.

                                                          /s/Eugene Crane

Eugene Crane, Esq. (Atty. Reg. #0537039)
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle Street, Suite 3705
Chicago, Illinois  60603
Phone: (312) 641-6777
Fax: (312) 641-7114

## SERVICE LIST

*Served electronically:*
United States Trustee
219 S. Dearborn St., Room 873
Chicago, IL 60604

Mila G. Novak
Law Office of Mila G. Novak
2300 W. Lake Street
Melrose Park, IL 60160

Bryan E. Jacobson
Chapman & Cutler LLP
111 W. Monroe St.
Chicago, IL 60603

Andrew Nelson
Pierce & Associates, PC
1 N. Dearborn St., Suite 1300
Chicago, IL 60602

Scott J. Fandre
Krieg DeVault LLP
30 N. LaSalle St., Suite 2800
Chicago, IL 60602

*Parties served via U.S. Mail:*
Gilson Snyder
3139 Louis Street
Franklin Park, IL 60131

Quantum 3 Group
 Agent for CF Medical LLC
PO Box 788
Kirkland, WA 98083-0788

Northbrook Bank & Trust
c/o Cynthia G. Feeley
Feeley & Associates, P. C.
161 North Clark Street, Suite 1600
Chicago, Illinois 60601

BMO Harris Bank
c/oBryan E. Jacobson
Chapman and Cutler LLP
111 West Monroe Street
Chicago, IL 60603