**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: SNYDER, GILSON                                §  Case No. 15-22422-BSJ
                                                     §
                                                     §
                                                     §
Debtor(s)                                            §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    EUGENE CRANE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $663,659.00                    Assets Exempt: $41,700.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $70,962.69      Claims Discharged
                                                 Without Payment: $168,483.35

Total Expenses of Administration: $23,473.61

---

    3) Total gross receipts of $   95,977.30   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   1,541.00   (see **Exhibit 2**), yielded net receipts of $94,436.30 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $793,329.00 | $23,319.03 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 23,473.61 | 23,473.61 | 23,473.61 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 209,932.00 | 192,125.04 | 192,125.04 | 70,962.69 |
| **TOTAL DISBURSEMENTS** | $1,003,261.00 | $238,917.68 | $215,598.65 | $94,436.30 |

4)  This case was originally filed under Chapter 7 on June 29, 2015. The case was pending for 27 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/02/2017          By: /s/EUGENE CRANE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inheritance from Father's Est; died January 2014 | 1129-000 | 95,977.30 |
| **TOTAL GROSS RECEIPTS** | | **$95,977.30** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Gilson Snyder | Debtor's Claimed Exemption on inheritance from Father's Estate | 8100-002 | 1,541.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,541.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Northbrook Bank & Trust | 4110-000 | 160,000.00 | 23,319.03 | 0.00 | 0.00 |
| NOTFILED | Bayview Financial Loan Bankruptcy Dept | 4110-000 | 11,205.00 | N/A | N/A | 0.00 |
| NOTFILED | Citimortgage Inc | 4110-000 | 84,128.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank | 4110-000 | 285,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Us Bank | 4110-000 | 144,340.00 | N/A | N/A | 0.00 |
| NOTFILED | Bayview Financial Loan Bankruptcy Dept | 4110-000 | 18,198.00 | N/A | N/A | 0.00 |
| NOTFILED | Bayview Financial Loan Bankruptcy Dept | 4110-000 | 20,265.00 | N/A | N/A | 0.00 |
| NOTFILED | Bayview Financial Loan Bankruptcy Dept | 4110-000 | 20,634.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 4110-000 | 24,896.00 | N/A | N/A | 0.00 |
| NOTFILED | Bayview Financial Loan Bankruptcy Dept | 4110-000 | 24,663.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$793,329.00** | **$23,319.03** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - EUGENE CRANE | 2100-000 | N/A | 7,971.82 | 7,971.82 | 7,971.82 |
| Attorney for Trustee Fees (Trustee Firm) - Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 14,996.50 | 14,996.50 | 14,996.50 |
| Attorney for Trustee Expenses (Trustee Firm) - Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 48.96 | 48.96 | 48.96 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 49.87 | 49.87 | 49.87 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 66.43 | 66.43 | 66.43 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 73.44 | 73.44 | 73.44 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 115.22 | 115.22 | 115.22 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 151.37 | 151.37 | 151.37 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $23,473.61 | $23,473.61 | $23,473.61 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group, agent for CF Medical LLC | 7100-000 | N/A | 363.43 | 363.43 | 134.24 |
| 2 | Quantum3 Group, agent for CF Medical LLC | 7100-000 | N/A | 536.20 | 536.20 | 198.05 |
| 3 | BMO Harris Bank N.A. | 7100-000 | 162,611.00 | 191,225.41 | 191,225.41 | 70,630.40 |
| NOTFILED | Midwest Bank/ | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Merchants Cr | 7100-000 | 116.00 | N/A | N/A | 0.00 |
| NOTFILED | Midland Funding | 7100-000 | 733.00 | N/A | N/A | 0.00 |
| NOTFILED | Nco Financial Systems, | 7100-000 | 284.00 | N/A | N/A | 0.00 |
| NOTFILED | Asset Acceptance | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Stanisccontr | 7100-000 | 213.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/cbna | 7100-000 | 3,180.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Orthopedic and Hand | 7100-000 | 27,478.00 | N/A | N/A | 0.00 |
| NOTFILED | Pellettieri | 7100-000 | 58.00 | N/A | N/A | 0.00 |
| NOTFILED | 1st Finl Invstmnt Fund | 7100-000 | 425.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/walmart | 7100-000 | 762.00 | N/A | N/A | 0.00 |
| NOTFILED | Armor Systems Co | 7100-000 | 627.00 | N/A | N/A | 0.00 |
| NOTFILED | Armor Systems Co | 7100-000 | 19.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase- Bp | 7100-000 | 38.00 | N/A | N/A | 0.00 |
| NOTFILED | Asset Acceptance | 7100-000 | 10,116.00 | N/A | N/A | 0.00 |
| NOTFILED | Asset Acceptance | 7100-000 | 2,826.00 | N/A | N/A | 0.00 |
| NOTFILED | Comenitybank/marathon | 7100-000 | 446.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$209,932.00** | **$192,125.04** | **$192,125.04** | **$70,962.69** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-22422-BSJ  
**Case Name:** SNYDER, GILSON  

**Period Ending:** 10/02/17

**Trustee:** (330350)   EUGENE CRANE  
**Filed (f) or Converted (c):** 06/29/15 (f)  
**§341(a) Meeting Date:** 08/11/15  
**Claims Bar Date:** 04/07/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Location: 3139 Louis St, Franklin Park, jointly<br>Imported from original petition Doc# 1; Exemption: Location: 3139 Louis St, Franklin Park IL 60131 - Amount: 15000.00; Exemption: Location: 3139 Louis St, Franklin Park IL 60131 - Amount: 15000.00 Lien: Account No.36596559<br>Bank of America<br>Amount: 24896.00; Exemption: Location: 3139 Louis St, Franklin Park IL 60131 - Amount: 15000.00 Lien: Account No.36596559<br>Bank of America<br>Amount: 24896.00 Lien: Account No.3289<br>Us Bank<br>Amount: 144340.00 | 150,000.00 | 0.00 | | 0.00 | FA |
| 2  1025-1037 North 27th Ave Melrose, rented commerc<br>Imported from original petition Doc# 1; Lien: Account No.<br>US Bank<br>Amount: 285000.00 | 360,000.00 | 75,000.00 | | 0.00 | FA |
| 3  7 properties in Dowagiac, MI<br>Imported from original petition Doc# 1; Lien: Account No.xxxx1625, xxx3511, xxx8130, xx<br>Citimortgage Inc<br>Po Box 9438,dept 0251<br>Gaithersburg, MD 20898 - Amount: 84128.00 | 79,000.00 | 0.00 | | 0.00 | FA |
| 4  5 properties owned in Sheffield, IL 25% interest<br>Imported from original petition Doc# 1; Lien: Account No.434191<br>Bayview Financial Loan<br>Bankruptcy Dept<br>4425 Ponce De Leon Blvd 5th Fl X<br>Miami, FL 33146 - Amount: 24663.00; Lien: Account No.434191<br>Bayview Financial Loan<br>Bankruptcy Dept<br>4425 Ponce De Leon Blvd 5th Fl X<br>Miami, FL 33146 - Amount: 24663.00 Lien: Account | 48,000.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-22422-BSJ  **Trustee:** (330350) EUGENE CRANE
**Case Name:** SNYDER, GILSON  **Filed (f) or Converted (c):** 06/29/15 (f)
 **§341(a) Meeting Date:** 08/11/15
**Period Ending:** 10/02/17  **Claims Bar Date:** 04/07/17

| **1** Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | **2** Petition/ Unscheduled Values | **3** Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **4** Property Abandoned OA=§554(a) | **5** Sale/Funds Received by the Estate | **6** Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| No.6280000453103 Bayview Financial Loan Bankruptcy Dept 4425 Ponce De Leon Blvd 5th Fl X Miami, FL 33146  -  Amount: 20634.00; Lien: Account No.434191 Bayview Financial Loan Bankruptcy Dept 4425 Ponce De Leon Blvd 5th Fl X Miami, FL 33146  -  Amount: 24663.00 Lien: Account No.6280000453103 Bayview Financial Loan Bankruptcy Dept 4425 Ponce De Leon Blvd 5th Fl X Miami, FL 33146  -  Amount: 20634.00 Lien: Account No.6280000453091 Bayview Financial Loan Bankruptcy Dept 4425 Ponce De Leon Blvd 5th Fl X Miami, FL 33146  -  Amount: 20265.00 | | | | | |
| 5  Joint with Jay Snyder at 5/3 bank checking acct     Imported from original petition Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 6  Dowagiac Area Credit Union two accounts joint wi     Imported from original petition Doc# 1; Exemption: Dowagiac Area Credit Union two accounts joint with Jay Snyder  125 + 125 1st Source Bank Dowagiac one account with  -  Amount: 209.00 | 209.00 | 0.00 | | 0.00 | FA |
| 7  Peoples National Bank joint with Nancy, checking     Imported from original petition Doc# 1; Exemption: Peoples National Bank joint with Nancy, checking account  -  Amount: 600.00 | 600.00 | 0.00 | | 0.00 | FA |
| 8  Fifth Third Bank joint with Nancy snyder, checki     Imported from original petition Doc# 1; Exemption: Fifth Third Bank joint with Nancy snyder, checking  -  Amount: 150.00 | 150.00 | 0.00 | | 0.00 | FA |
| 9  J & G Sales, Fifth Third checking account | 900.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-22422-BSJ  
**Case Name:** SNYDER, GILSON  

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 06/29/15 (f)  
**§341(a) Meeting Date:** 08/11/15  

**Period Ending:** 10/02/17  

**Claims Bar Date:** 04/07/17  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Imported from original petition Doc# 1; Exemption: J & G Sales, sole proprieter business, account with Fifth Third, checking  -  Amount: 900.00 |  |  |  |  |  |
| 10 | misc household items<br>   Imported from original petition Doc# 1; Exemption: Joint with Jay Snyder at 5/3 bank checking account  -  Amount: 100.00; Exemption: Joint with Jay Snyder at 5/3 bank checking account  -  Amount: 100.00 Exemption: misc household items  -  Amount: 200.00 | 200.00 | 0.00 |  | 0.00 | FA |
| 11 | misc clothing<br>   Imported from original petition Doc# 1; Exemption: misc clothing  -  Amount: 200.00 | 200.00 | 0.00 |  | 0.00 | FA |
| 12 | AXA 401K<br>   Imported from original petition Doc# 1; Exemption: AXA 401K  -  Amount: 6500.00 | 6,500.00 | 0.00 |  | 0.00 | FA |
| 13 | Equitable Company IRA<br>   Imported from original petition Doc# 1; Exemption: Equitable Company IRA  -  Amount: 14000.00 | 14,000.00 | 0.00 |  | 0.00 | FA |
| 14 | J & G Sales, sole proprietership,<br>   No income in four years. No value<br><br>Imported from original petition Doc# 1; Lien: Account No.453101<br>Bayview Financial Loan<br>Bankruptcy Dept<br>4425 Ponce De Leon Blvd 5th Fl X<br>Miami, FL 33146  -  Amount: 18198.00 | 0.00 | 0.00 |  | 0.00 | FA |
| 15 | ATVB Abrasive Wheel Company, 50% ownership<br>   Imported from original petition Doc# 1<br>Buys and resells only when there is an order | 0.00 | 1.00 |  | 0.00 | FA |
| 16 | Park Grove Investments, dissolved partnership<br>   Imported from original petition Doc# 1<br>Dissolved Partnership (had 25% ownership) | 0.00 | 0.00 |  | 0.00 | FA |
| 17 | Revelonej, partnership (25% interest)<br>   Imported from original petition Doc# 1; Lien: Account | 0.00 | 0.00 |  | 0.00 | FA |

Exhibit 8

Page: 4

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-22422-BSJ  
**Case Name:** SNYDER, GILSON  

**Period Ending:** 10/02/17

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 06/29/15 (f)  
**§341(a) Meeting Date:** 08/11/15  
**Claims Bar Date:** 04/07/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | No.6280000426989<br>Bayview Financial Loan<br>Bankruptcy Dept<br>4425 Ponce De Leon Blvd 5th Fl X<br>Miami, FL 33146  -  Amount: 11205.00 |  |  |  |  |  |
| 18 | Inheritance from Father's Est; died January 2014<br>    Imported from original petition Doc# 1; Exemption: Father died January 2014. prelminary numbers show value of estate to Gilson  -  Exemption Amount: 1541.00.  As of 2017 - it was ascertained that Debtor has 1/4 interest in sale of property from the estate of deceased Father, in the sum of approximately $95,900.00 (much more than Trustee original estimate of value).  Will be turned over in two payments to Trustee. | 6,150.00 | 94,359.00 |  | 95,977.30 | FA |
| 19 | 2000 Dodge Grand Caravan, over 200K miles<br>    Imported from original petition Doc# 1 | 500.00 | 500.00 |  | 0.00 | FA |
| 20 | 2003 Ford Excursion, owns 50%, over 200K miles<br>    Imported from original petition Doc# 1; Exemption: 2003 Ford Excursion, owns 50%, over 200K miles  -  Amount: 2000.00 | 2,000.00 | 0.00 |  | 0.00 | FA |
| 21 | 1975 Vegas camping<br>    Imported from original petition Doc# 1 | 50.00 | 50.00 |  | 0.00 | FA |
| 22 | Homemade trailer<br>    Imported from original petition Doc# 1 | 500.00 | 500.00 |  | 0.00 | FA |
| 23 | 1972 Buick, not restored, does not run<br>    Imported from original petition Doc# 1; Exemption: 1972 Buick, not restored, does not run  -  Amount: 300.00 | 500.00 | 200.00 |  | 0.00 | FA |
| 24 | 2001 Chevy Tahoe, smashed in front end, over 190<br>    Imported from original petition Doc# 1 | 250.00 | 250.00 |  | 0.00 | FA |
| 24 | **Assets    Totals** (Excluding unknown values) | **$669,809.00** | **$170,960.00** |  | **$95,977.30** | **$0.00** |

# Form 1

Page: 5

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-22422-BSJ  
**Case Name:** SNYDER, GILSON

**Trustee:** (330350)  EUGENE CRANE  
**Filed (f) or Converted (c):** 06/29/15 (f)  
**§341(a) Meeting Date:** 08/11/15  

**Period Ending:** 10/02/17

**Claims Bar Date:** 04/07/17

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

07/07/2017: TFR filed with Court; hearing on 08/08 J-Baer. (dk)

06/21/2017: TFR submitted to USTO for review (dk)

04/06/2017: Another bar date was set by the Court in error, original bar date is 04/07/2017. Withdrew second initial report of assets and will notice all creditors that original bar date stands. (dk)

3/23/2016: first and payment of Debtor's portion of proceeds from Father's estate has been received. Will check with accountant if there is any tax liability; will file claim objections to secured claims in preparation of closing case. (dk)

12/15/2016: Counsel discovered that Debtor's father's estate sold a parcel of real estate. Demanded turnover of Debtor's portion of proceeds. (dk)

03/31/2016: Discovery continues into Debtor's partnership holdings(dk)

09/16: Investigating real property;  probate estate(dk)

01/13/2016 - Scheduled Deposition for J. Snyder on 1/21 (jm)

**Initial Projected Date Of Final Report (TFR):**     February 28, 2017         **Current Projected Date Of Final Report (TFR):**     June 29, 2017  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-22422-BSJ  
**Case Name:** SNYDER, GILSON  

**Taxpayer ID #:** **-***0355  
**Period Ending:** 10/02/17  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0866 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/09/17 | {18} | Jay Snyder, Jodie Roth, Rev. Trust Agrmt of O.L. Gil Snyder | Debtor's portion of Father's Estate | 1129-000 | 49,535.01 | | 49,535.01 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.87 | 49,485.14 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.43 | 49,418.71 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 73.44 | 49,345.27 |
| 04/05/17 | {18} | Jay Snyder Jodie Roth Rev. Trst Agrmt of OL Gil Snyder | Final payment from Debtor's portion of inheritance of OL Gil Snyder | 1129-000 | 46,442.29 | | 95,787.56 |
| 04/06/17 | 101 | Gilson Snyder | Debtor's Claimed Exemption on inheritance from Father's Estate | 8100-002 | | 1,541.00 | 94,246.56 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 115.22 | 94,131.34 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 151.37 | 93,979.97 |
| 08/08/17 | 102 | EUGENE CRANE | Dividend paid 100.00% on $7,971.82, Trustee Compensation;  Reference: | 2100-000 | | 7,971.82 | 86,008.15 |
| 08/08/17 | 103 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $14,996.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 14,996.50 | 71,011.65 |
| 08/08/17 | 104 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $48.96, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 48.96 | 70,962.69 |
| 08/08/17 | 105 | Quantum3 Group, agent for CF Medical LLC | Dividend paid 36.93% on $363.43; Claim# 1; Filed: $363.43; Reference: | 7100-000 | | 134.24 | 70,828.45 |
| 08/08/17 | 106 | Quantum3 Group, agent for CF Medical LLC | Dividend paid 36.93% on $536.20; Claim# 2; Filed: $536.20; Reference: | 7100-000 | | 198.05 | 70,630.40 |
| 08/08/17 | 107 | BMO Harris Bank N.A. | Dividend paid 36.93% on $191,225.41; Claim# 3; Filed: $191,225.41; Reference: Voided on 08/08/17 | 7100-004 | | 70,630.40 | 0.00 |
| 08/08/17 | 107 | BMO Harris Bank N.A. | Dividend paid 36.93% on $191,225.41; Claim# 3; Filed: $191,225.41; Reference: Voided: check issued on 08/08/17 | 7100-004 | | -70,630.40 | 70,630.40 |
| 08/08/17 | 108 | BMO Harris Bank N.A. | Divident paid 36.93% on claim no. 3; Loan nos. xxxx8900, xxxx0300 | 7100-000 | | 70,630.40 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 95,977.30 | 95,977.30 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 95,977.30 | 95,977.30 | |
| Less: Payments to Debtors | | 1,541.00 | |
| NET Receipts / Disbursements | $95,977.30 | $94,436.30 | |

{} Asset reference(s)

Printed: 10/02/2017 03:52 PM    V.13.30

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 15-22422-BSJ | | **Trustee:** | EUGENE CRANE (330350) |
|---|---|---|---|---|
| **Case Name:** | SNYDER, GILSON | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******0866 - Checking Account |
| **Taxpayer ID #:** | **-***0355 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 10/02/17 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

```
              Net Receipts :      95,977.30
     Less Payments to Debtor :     1,541.00
                                 _____
              Net Estate :       $94,436.30
```

| | | | | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|---|---|---|
| | | | TOTAL - ALL ACCOUNTS | | | | |
| | | | Checking # ******0866 | | 95,977.30 | 94,436.30 | 0.00 |
| | | | | | $95,977.30 | $94,436.30 | $0.00 |

{} Asset reference(s)                                      Printed: 10/02/2017 03:52 PM     V.13.30